UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAUL SANCHEZ

Plaintiff(s),

v.

SPRINT NEXTEL CORPORATION, ET. AL,

Defendant(s).
_____/

No. C 11-3457 PSG

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/18/11

Signature: _____

Counsel for Plaintiff Raul Sanchez
(Plaintiff, Defendant, or indicate "pro se")