```
1  BROWNSTEIN THOMAS, LLP
   MARK C. THOMAS SBN: 215580
2  180 Montgomery Street, Suite 940
   San Francisco, CA 94104
3  415-986-1338
   415-986-1231 facsimile
4

5  Attorneys for Plaintiff
   Raul Sanchez
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL SANCHEZ,<br><br>         Plaintiff,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION, and DOES 1-50,<br><br>         Defendants. | Case No.: 11-cv-3457 CRB<br><br>**STIPULATION FOR FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Charles R. Breyer |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between Plaintiff Raul Sanchez and Defendant Sprint Nextel Corporation that the parties do hereby consent to the entry of a final judgment dismissing this case with prejudice, each party to bear his or its own attorneys fees and costs.

Stipulation re Dismissal - 1

1  Dated: October 3, 2011

2                                                 Respectfully submitted,

3

4  /s/Mark Thomas                      /s/Michael R. Haven
5  [SBN 215580]                          mike.haven@klgates.com
   mark@brownsteinthomas.com         K&L Gates LLP
6  BROWNSTEIN THOMAS, LLP        630 Hansen Way
   180 Montgomery Street, Suite 940    Palo Alto, CA 94304
7  San Francisco, CA 94104           Telephone (650) 798-6700
   Telephone: (415) 986-1338         Facsimile: (650) 798-6701
8  Facsimile: (415) 986-1231         Counsel for Defendant
9  Counsel for Plaintiff

Stipulation re Dismissal - 2

## [proposed] ORDER

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice and each party will bear its own costs and attorneys' fees.

DATED: October 17, 2011



THE HON. JUDGE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

Stipulation re Dismissal - 3